**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6178**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TRADON MARQUEZ DRAYTON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:21-cr-00372-BHH-1)

Submitted:  August 16, 2024                          Decided:  August 22, 2024

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tradon Marquez Drayton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tradon Marquez Drayton appeals the district court's order, entered on remand from this court, *see United States v. Drayton*, No. 23-6527, 2023 WL 6442547 (4th Cir. Oct. 3, 2023), denying Drayton's motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1).  Upon review, we conclude that the district court did not abuse its considerable discretion in denying Drayton's motion based on its evaluation of the relevant 18 U.S.C. § 3553(a) factors identified in § 3583(e).  *See United States v. Pregent*, 190 F.3d 279, 282 (4th Cir. 1999) (providing standard of review).  Accordingly, we affirm the district court's order.  *United States v. Drayton*, No. 2:21-cr-00372-BHH-1 (D.S.C. Feb. 7, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*